IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SAUER )<br>)<br>and )<br>)<br>PETER MARTINO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARMORGROUP NORTH AMERICA, )<br>INC.; )<br>ARMORGROUP INT'L, PLC; )<br>KARL SEMANCIK; )<br>MICHAEL O'CONNELL; )<br>CAROL RUART )<br>)<br>Defendants. )<br>_____ ) | Case: 1:08-cv-00698 |

**AGREED MOTION TO ENLARGE TIME FOR
FILING A MOTION, ANSWER, OR OTHER RESPONSIVE PLEADING**

NOW COME the Defendants in this action, by counsel, and request this honorable Court to enlarge the time for filing a motion, answer, or other responsive pleading in this cause, up to and including June 4, 2008. Defendant ArmorGroup International, PLC, has recently been acquired by G4S, PLC, and this filing extension is for the purpose of allowing G4S management to evaluate the merits of the case.

The Defendants, by their respective counsel, agree that service has been made, or otherwise waived, upon all of the named Defendants. Counsel for the Plaintiffs consent and agree to the terms of this motion and the proposed order, which is attached.

WHEREFORE, the Defendants ArmorGroup North America, Inc., ArmorGroup International, PLC, Karl Semancik, Michael O'Connell, and Caroline Ruart[1] respectfully request that this Court enter an order enlarging the time for Defendants to file a motion, answer, or other responsive pleading to the Complaint filed by Plaintiffs in the above-captioned case, up to and including June 4, 2008.

                            Respectfully submitted,

/s/ Gerald H. Werfel
Gerald H. Werfel, Esq., Bar No.: 312611
ghwerfel@pompanmurray.com
Richard Murray, Esq., Bar No.: 39172
rmurray@pompanmurray.com
Pompan, Murray & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
Telephone:  (703) 739-1340
Facsimile:  (703) 836-6842
Counsel for ArmorGroup North America, Inc., ArmorGroup International, PLC, Karl Semancik, Michael O'Connell, and Caroline Ruart

---

[1] Defendant Ruart's first name is Caroline.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES SAUER | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PETER MARTINO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case: 1:08-cv-00698 |
| | ) | |
| ARMORGROUP NORTH AMERICA, INC.; | ) | |
| ARMORGROUP INT'L, PLC; | ) | |
| KARL SEMANCIK; | ) | |
| MICHAEL O'CONNELL; | ) | |
| CAROL RUART | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of May, 2008, a true and accurate copy of DEFENDANTS' AGREED MOTION TO ENLARGE TIME FOR FILING A MOTION, ANSWER, OR OTHER RESPONSIVE PLEADING was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Debra S. Katz, Bar No. 411861
Katz, Marshall & Banks, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Tel. 202.299.1140 /Fax 202.299.1148

Lisa J. Banks, Bar No. 470948
Katz, Marshall & Banks, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Tel. 202.299.1140 /Fax 202.299.1148

Richard E. Condit, Bar No. 417786
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 /Fax 202.408.9855

Karen Gray, Bar No. 488760
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 /Fax 202.408.9855

        Respectfully Submitted,

        _/s/ Gerald H. Werfel_
        Gerald H. Werfel, Esq., Bar No.: 312611
        ghwerfel@pompanmurray.com
        Richard Murray, Esq., Bar No.: 39172
        rmurray@pompanmurray.com
        Pompan, Murray & Werfel, P.L.C.
        601 King Street, Suite 400
        Alexandria, VA 22314
        Telephone:   (703) 739-1340
        Facsimile:    (703) 739-1342
        Counsel for ArmorGroup North America,
        Inc., ArmorGroup International, PLC, Karl
        Semancik, Michael O'Connell and Caroline
        Ruart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SAUER )<br>)<br>and )<br>)<br>PETER MARTINO, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>ARMORGROUP NORTH AMERICA, )<br>INC.; )<br>ARMORGROUP INT'L, PLC; )<br>KARL SEMANCIK; )<br>MICHAEL O'CONNELL; )<br>CAROL RUART )<br>)<br>      Defendants. )<br>_____) | Case: 1:08-cv-00698 |

**AGREED ORDER**

By agreement of the parties, the Defendants are hereby GRANTED an enlargement of time, up to and including June 4, 2008, to file a motion, answer, or other responsive pleading to the Complaint filed herein against the Defendants.

It is further ordered that by agreement of counsel, all of the Defendants have been served in this matter.

IT IS SO ORDERED.

DATED: _____      _____
                                                                           The Hon. Royce C. Lamberth