IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SAUER )<br>)<br>and )<br>)<br>PETER MARTINO, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>ARMORGROUP NORTH AMERICA, )<br>INC.; )<br>ARMORGROUP INT'L, PLC; )<br>KARL SEMANCIK; )<br>MICHAEL O'CONNELL; )<br>CAROL RUART )<br>)<br>   Defendants. )<br>_____) | Case: 1:08-cv-00698 |

**AGREED MOTION FOR ONE-WEEK ENLARGEMENT OF TIME FOR
FILING A MOTION, ANSWER, OR OTHER RESPONSIVE PLEADING**

**NOW COME** the Defendants in this action, by counsel, and request this honorable Court to enlarge the time for filing a motion, answer, or other responsive pleading in this case, up to and including July 2, 2008. The time for filing has been previously been extended, with the concurrence of Plaintiffs, to June 25, 2008. Defendant ArmorGroup International, PLC, has recently been acquired by G4S, PLC, through a stock purchase. G4S management has been engaged in a fact-finding effort to evaluate the merits of the case. The parties have met and discussed the circumstances surrounding the issues raised by Plaintiffs, and the possibility of resolving those issues without further litigation. The one-week enlargement of time hereby requested will

permit the parties to continue their discussions and determine whether an amicable resolution of this case is feasible.

Accordingly Counsel for the Plaintiffs consent and agree to the terms of this motion and the proposed order, which is attached.

**WHEREFORE**, the Defendants ArmorGroup North America, Inc., ArmorGroup International, PLC, Karl Semancik, Michael O'Connell, and Caroline Ruart[1] respectfully request that this Court enter an order enlarging the time for Defendants to file a motion, answer, or other responsive pleading to the Complaint filed by Plaintiffs in the above-captioned case, up to and including July 2, 2008.

Respectfully submitted,

_____
Gerald H. Werfel, Esq., Bar No.: 312611
ghwerfel@pompanmurray.com
Richard Murray, Esq., Bar No.: 39172
rmurray@pompanmurray.com
Pompan, Murray & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
Telephone:   (703) 739-1340
Facsimile:    (703) 739-1342
Counsel for ArmorGroup North America, Inc., ArmorGroup International, PLC, Karl Semancik, Michael O'Connell, and Caroline Ruart

---

[1] Defendant Ruart's first name is Caroline.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SAUER | ) |
| | ) |
| and | ) |
| | ) |
| PETER MARTINO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case: 1:08-cv-00698 |
| | ) |
| ARMORGROUP NORTH AMERICA, INC.; | ) |
| ARMORGROUP INT'L, PLC; | ) |
| KARL SEMANCIK; | ) |
| MICHAEL O'CONNELL; | ) |
| CAROL RUART | ) |
| | ) |
| Defendants. | ) |

### AGREED ORDER

By agreement of the parties, the Defendants are hereby GRANTED an enlargement of time, up to and including July 2, 2008, to file a motion, answer, or other responsive pleading to the Complaint filed herein against the Defendants.

IT IS SO ORDERED.

DATED: _____          _____
                                      The Hon. Royce C. Lamberth

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SAUER )<br>)<br>and )<br>)<br>PETER MARTINO, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ARMORGROUP NORTH AMERICA, )<br>INC.; )<br>ARMORGROUP INT'L, PLC; )<br>KARL SEMANCIK; )<br>MICHAEL O'CONNELL; )<br>CAROL RUART )<br>)<br>    Defendants. )<br>_____) | Case: 1:08-cv-00698 |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 25th day of June, 2008, a true and accurate copy of DEFENDANTS' AGREED MOTION FOR ONE-WEEK ENLARGEMENT OF TIME FOR FILING A MOTION, ANSWER, OR OTHER RESPONSIVE PLEADING and proposed AGREED ORDER was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Debra S. Katz, Bar No. 411861
    Katz, Marshall & Banks, LLP
    1718 Connecticut Ave., N.W.
    Sixth Floor
    Washington, D.C. 20009
    Tel. 202.299.1140 /Fax 202.299.1148

    Lisa J. Banks, Bar No. 470948
    Katz, Marshall & Banks, LLP
    1718 Connecticut Ave., N.W.
    Sixth Floor
    Washington, D.C. 20009
    Tel. 202.299.1140 /Fax 202.299.1148

Richard E. Condit, Bar No. 417786
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 /Fax 202.408.9855

Karen Gray, Bar No. 488760
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 /Fax 202.408.9855

Gerald H. Werfel, Esq., Bar No.: 312611
ghwerfel@pompanmurray.com
Pompan, Murray & Werfel, P.L.C.
601 King Street, Suite 400
Alexandria, VA 22314
Telephone:    (703) 739-1340
Facsimile:     (703) 739-1342
Counsel for ArmorGroup North America, Inc., ArmorGroup International, PLC, Karl Semancik, Michael O'Connell and Caroline Ruart