## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SAUER and <br> PETER MARTINO <br><br> Plaintiffs, <br><br> v. <br><br> ARMORGROUP NORTH AMERICA, INC., <br> ARMORGROUP INT'L, PLC, <br> KARL SEMANCIK, <br> MICHAEL O'CONNELL, <br> CAROLINE RUART, <br><br> Defendants. | **FILED** <br> JUL 1 6 2008 <br> Clerk, U.S. District and <br> Bankruptcy Courts <br><br> Civil Action No. 1:08-cv-00698 |

### STIPULATION AND ORDER
### OF DISMISSAL WITH PREJUDICE

Plaintiffs James Sauer and Peter Martino, through undersigned counsel, and Defendants Armor Group North America, Inc., Armor Group International plc, Karl Semancik, Michael O'Connell, and Caroline Ruart, through undersigned counsel, hereby stipulate to dismissal with prejudice of the above-referenced action. All parties shall bear their own costs.

SO STIPULATED:

*[signature]*

Debra S. Katz, Bar No. 411861
Lisa J. Banks, Bar No. 470948
Katz, Marshall & Banks, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Tel. 202.299.1140 /Fax 202.299.1148

*Richard Condit (w/ permission to/kumin)*

Richard E. Condit, Bar No. 417786
Karen Gray, Bar No. 488760
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 /Fax 202.408.9855
*Attorneys for Plaintiffs James Sauer and Peter Martino*

*Gerald Werfel (w/ permission to/kumin)*

Gerald H. Werfel, Bar No. 312611
Richard Murray, Bar No. 39172
Pompan, Murray & Werfel, P.L.C.
601 King Street
Suite 400
Alexandria, VA 22314
Tel. 703.739.1340 /Fax 703.739.1342
*Attorneys for Defendants ArmorGroup North America, Inc., ArmorGroup International, plc, Karl Semancik, Michael O'Connell, and Caroline Ruart*

SO ORDERED:

*[signature] Royce C. Lamberth*
U.S. District Judge

DATED: July 16, 2008

2